1   ANDREA A. TREECE, CA Bar #237639
    atreece@earthjustice.org
2   GEORGE M. TORGUN, CA Bar #222085
    gtorgun@earthjustice.org
3   Earthjustice
    50 California Street, Suite 500
4   San Francisco, CA 94111
    Telephone: (415) 217-2000
5   Facsimile: (415) 217-2040

6   Attorneys for Proposed Intervenor-Defendants
    (Additional counsel listed on last page.)

7

8                   UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

10  CALIFORNIA SEA URCHIN            Case No. 2:13-cv-05517-DMG-CW
    COMMISSION, *et al.*,
11                                   NOTICE OF MOTION AND MOTION
           Plaintiffs,               TO INTERVENE BY FRIENDS OF THE
12                                   SEA OTTER, *et al.*
              v.
13
    RACHEL JACOBSON, *et al.*,
14                                   Date:    September 13, 2013
           Defendants,               Time:    9:30 a.m.
15                                   Judge:   Hon. Dolly M. Gee
    FRIENDS OF THE SEA OTTER;        Place:   Courtroom 7, 2nd Floor
16  DEFENDERS OF WILDLIFE; HUMANE
    SOCIETY OF THE UNITED STATES;
17  AND CENTER FOR BIOLOGICAL
    DIVERSITY,
18
           Proposed Intervenor-Defendants.
19

20

21         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22         PLEASE TAKE NOTICE that Friends of the Sea Otter, the Humane Society of

23  the United States, Defenders of Wildlife, and the Center for Biological Diversity

24  ("Proposed Environmental Intervenors") will and hereby do move the Court for leave

1   to intervene in this action.  NOTICE IS FURTHER GIVEN that Proposed

2   Environmental Intervenors request the opportunity to be heard on September 13,

3   2013, in Courtroom 7 of the above-entitled Court, located at 312 North Spring Street,

4   Los Angeles, or as soon thereafter as it may be heard.

5        Proposed Environmental Intervenors hereby move to intervene as of right in

6   this action pursuant to Federal Rule of Civil Procedure 24(a).  In the alternative,

7   Proposed Environmental Intervenors request leave to intervene by permission

8   pursuant to Federal Rule of Civil Procedure 24(b).

9        This Motion is made following the conference of counsel pursuant to Civ. L.R.

10   7-3, which took place on August 5, 2013.  Plaintiffs' counsel has communicated that

11   Plaintiffs oppose Proposed Environmental Intervenors' motion with respect to the

12   merits of the case, but do not oppose intervention with respect to remedies, should the

13   court reach remedies in this case.  Counsel for Federal Defendants has advised that

14   Federal Defendants take no position as to Proposed Environmental Intervenors'

15   motion.

16        Proposed Environmental Intervenors' motion will be based on this notice of

17   motion and motion to intervene; the accompanying memorandum of points and

18   authorities; the declarations of Jennifer Covert, James Michael Curland, Kimberly

19   Delfino, James A. Estes, Ph.D., Miyoko Sakashita, Cindy Tucey, Reid T. Woodward,

20   and Sharon B. Young; the documents previously filed in this action; and any other

21   material the Court may consider in the briefing and oral argument of this matter.

22

23   DATED: August 12, 2013            /s/ Andrea A. Treece
                                       ANDREA A. TREECE
24                                     GEORGE M. TORGUN

/s/ Tyler G. Welti
TYLER G. WELTI
DONALD C. BAUR

/s/ Donald B. Mooney
DONALD B. MOONEY

*Attorneys for Proposed Intervenor-Defendants*

Additional counsel:

TYLER G. WELTI, CA Bar #257993
twelti@perkinscoie.com
DONALD C. BAUR (*Pro Hac Vice*)
dbaur@perkinscoie.com
GEORGIA V. HANCOCK (*Pro Hac Vice*)
ghancock@perkinscoie.com
Perkins Coie, LLP
700 13th Street, N.W., 6th Floor
Washington, DC  20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

DONALD B. MOONEY, CA Bar #153721
dbmooneylaw@gmail.com
Law Offices of Donald B. Mooney
129 C Street, Suite 2
Davis, California  95616
Telephone: (530) 758-2377
Facsimile: (530) 758-7169

Attorneys for Proposed Intervenor-Defendants