JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-05517 DMG (CWx) | Date | March 27, 2014 |
| Title | *California Sea Urchin Commission, et al. v. Rachel Jacobson, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER DISMISSING ACTION**

      On March 3, 2014, the Court granted Defendants' Motion to Dismiss.  [Doc. # 53.]  In its Order, the Court notified Plaintiffs that this action would be dismissed if they failed to file an amended complaint by March 24, 2014.  Plaintiffs have not filed a first amended complaint and the time to do so has now passed.  Therefore, this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**