DAMIEN M. SCHIFF, No. 235101
E-mail: dms@pacificlegal.org
JONATHAN WOOD, No. 285229
E-mail: jw@pacificlegal.org
Pacific Legal Foundation
930 G Street
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CALIFORNIA SEA URCHIN COMMISSION,       No. 2:13-cv-05517-DMG-CW
et al.,

              Plaintiffs,               **NOTICE OF
                                        NO TRANSCRIPT**

        v.                              Judge: Hon. Dolly M. Gee
                                        Place: Courtroom 7, 2nd Floor
RACHEL JACOBSON, et al.,

              Defendants.

        and

FRIENDS OF THE SEA OTTER, et al.,

              Intervenor-Defendants,

        and

THE OTTER PROJECT, et al.,

              Intervenor-Defendants.

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

1    Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure,

2    California Sea Urchin Commission, California Abalone Association, California

3    Lobster and Trap Fishermen's Association, and Commercial Fishermen of Santa

4    Barbara give notice that no transcript will be ordered for the present appeal.

5    DATED:  April 15, 2014.

6                                        Respectfully submitted,

7                                        DAMIEN M. SCHIFF
                                         JONATHAN WOOD
8

9
                                         By _____/s/ Jonathan Wood_____
10                                            JONATHAN WOOD

11                                       Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747