JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SEA URCHIN COMMISSION, et al., <br>     Plaintiffs, <br>     v. <br> MICHAEL BEAN, in his official capacity as Principal Deputy Assistant Secretary for Fish & Wildlife & Parks, U.S. Department of the Interior, et al., <br>     Defendants, <br>     and <br> FRIENDS OF THE SEA OTTER, et al., <br>     Intervenor-Defendants, <br>     and <br> THE OTTER PROJECT, et al., <br>     Intervenor-Defendants. | Case No. CV 13-5517-DMG (CWx) <br><br> **JUDGMENT** |

This Court having granted the cross-motions for summary judgment of Defendants Michael Bean, Daniel M. Ashe, and the U.S. Fish and Wildlife Service (collectively, "Federal Defendants") and Intervenor-Defendants Center for Biological Diversity, Friends of the Sea Otter, Humane Society of the United States, Defenders of Wildlife, The Otter Project, Environmental Defense Center, and Los Angeles Waterkeeper (collectively, "Intervenor-Defendants") by Order dated March 3, 2017 [Doc. # 113], and having denied the motion for summary judgment of Plaintiffs California Sea Urchin Commission, California Abalone Association, California Lobster and Trap Fishermen's Association, and Commercial Fishermen of Santa Barbara (collectively, "Plaintiffs") by the same Order,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Federal Defendants and Intervenor-Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

DATED: March 9, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE