Name: Damien M. Schiff, #235101; Johanna B. Talcott, # 311491
Address: 930 G Street
City, State, Zip: Sacramento, California 95814
Phone: (916) 419-7111
Fax: (916) 419-7747
E-Mail: dms@pacificlegal.org; jbt@pacificlegal.org;

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| California Sea Urchin Commission, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 2:13-cv-05517-DMG-CW |
| v. | |
| Rachel Jacobson, et al., | NOTICE OF APPEAL |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that <u>California Sea Urchin Commission and all other plaintiffs</u> hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
  ECF No. 113 (03/03/2017)

☒ Judgment (specify):
  ECF No. 114 (03/09/2017)

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _____.

A copy of said judgment or order is attached hereto.

March 28, 2017                          /s/ Johanna B. Talcott
Date                                    Signature
                                        ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).